JOSEPH C. GESSNER et al., Appellants, *v.* CITY OF NEW
YORK, Respondent.

Submitted October 15, 1937; decided November 16, 1937.

*Paul Windels, Corporation Counsel (Paxton Blair* and *Arthur Bainbridge Hoff* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.